**Opinion issued November 20, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00899-CR

———————————

## MONAJ KEVIN ASTHAPPAN, Appellant

## V.

## THE STATE OF TEXAS, Appellee

On Appeal from the 458th District Court
Fort Bend County, Texas
Trial Court Cause No. 14-DCR-067943

## MEMORANDUM OPINION

Appellant, Monaj Kevin Asthappan, has filed an unopposed motion to dismiss

his appeal in compliance with Texas Rule of Appellate Procedure 42.2(a). *See* TEX.

R. APP. P. 10.3(a)(2), 42.2(a). No opinion has issued. *See* TEX. R. APP. P. 42.2(a).

Accordingly, we grant the motion and dismiss this appeal.  *See* TEX. R. APP.

P. 42.2(a), 43.2(f).

**PER CURIAM**

Panel consists of Justices Higley, Lloyd, and Caughey.

Do not publish.   TEX. R. APP. P. 47.2(b).